**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TYLER MARSH** **PLAINTIFF**

**V.** **NO. 3:26-cv-00196-JM-ERE**

**DALE COOK, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 17th day of August, 2026.

UNITED STATES DISTRICT JUDGE